IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 4:06CR00016 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| DONTE CHERON FREEMAN, | ) | By: Jackson L. Kiser |
| | ) | Senior United States District Judge |
| Defendant. | ) | |

Before me is Defendant Donte Cheron Freeman's Motion to Reconsider Order Denying Sentencing Reduction. [CMF No. 105.] For the reasons stated in the accompanying Memorandum Opinion, the Motion to Reconsider Order Denying Sentencing Reduction is **DENIED**.

The Clerk is directed to send certified copies of this Order to Defendant, the Federal Public Defender, and the United States Attorney.

Entered this 23rd day of January, 2012.

s/Jackson L. Kiser
SENIOR UNITED STATES DISTRICT JUDGE